UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause Nos.   1:07-cr-0001-01 (B/F) |
| ) | |
| MICHAEL EARNEST HENDERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Michael Earnest Henderson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of confinement of four months in the custody of the Attorney General or his designee. It is recommended that defendant be confined at the Terre Haute Farm Camp in Terre Haute, Indiana. Upon Mr. Henderson's release from confinement, he will be subject to two years of supervised release under the conditions of supervision previously imposed by the Court at the time of sentencing. The following additional conditions were imposed:

    1. The defendant shall provide the probation officer access to any requested financial information.

    2. The defendant shall participate in a substance abuse treatment program, which may include no more than eight drug tests per month, and shall pay a portion fo the fees.

The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program.

3. The defendant shall abstain from the use of all alcoholic beverages.

4. The defendant shall perform 150 hours of community service as directed by the probation officer.

5. The defendant shall submit to the search (with the assistance of other law enforcement as necessary) of his person, vehicle, office/business, residence and property, including computer systems and peripheral devices. The defendant shall submit to the seizure of contraband found. The defendant shall warn other occupants the premises may be subject to searches.

Date: 03/22/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michelle Brady,
Assistant U. S. Attorney

10 West Market Street, Suite 2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal